

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Christopher M. Perricone,           * From the 29th District Court
of Palo Pinto County,
Trial Court No. C51852.

Vs. No. 11-25-00239-CV           * September 11, 2025

Katie Beth Perricone, et al.,           * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.